```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMANY BROWNE, individually and on behalf of all similarly situated persons,

          Plaintiff,

-against-

HELLO PRODUCTS LLC, a Delaware limited liability company,

          Defendant.

25 Civ. 5698 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff, Damany Browne, brings this putative class action invoking subject matter jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2). *See* ECF No. 5 ¶ 10. If Defendant, Hello Products LLC, is a limited liability company as its name implies and the complaint alleges, then the complaint must allege the citizenship of each of the natural persons, and the place of incorporation and principal place of business of any corporate entities, who are members of the limited liability company. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000); *see also Bayerische Landesbank, N.Y. Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012) ("[A] limited liability company . . . takes the citizenship of each of its members."). Accordingly, by **July 29, 2025**, Plaintiff shall amend his complaint to allege the citizenship of each of Defendant's members or otherwise file a status letter. Plaintiff is advised that failure to properly allege subject matter jurisdiction may be grounds for *sua sponte* dismissal.

    SO ORDERED.

Dated: July 15, 2025
       New York, New York

                                                        ANALISA TORRES
                                                   United States District Judge