

**William J. Edelman**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Phone: 866-252-0878
wedelman@milberg.com

**Alexander E. Wolf**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Phone: 872-365-7060
awolf@milberg.com

**VIA ECF**
January 14, 2026

Hon. J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Joint Status Letter – *Browne v. Colgate-Palmolive Company*, Case No. 1:25-cv-05698-JPO [rel. 1:25-cv-03348-JPO]

Dear Judge Oetken:

The parties submit this Joint Status Letter pursuant to the Court's order dated November 13, 2025. (Dkt. 30 (parties to "file a joint status letter to the Court no later than January 14, 2026, which identifies any agreements that have been reached, any remaining areas of disagreement, and the parties joint or competing proposals.")).

**Background and Context**

The parties have been meeting and conferring on two issues: 1) Plaintiffs' anticipated Second Amended Complaint ("SAC"); and 2) the timing of Colgate's responsive pleading, which is currently anticipated to be a motion to dismiss.

The parties' November 12, 2025 Joint Status Letter (Dkt. 29) stated Plaintiffs were drafting an SAC and would provide the proposed SAC to Colgate, so Colgate may consider whether it will stipulate to the amendment pursuant to Rule 15(a)(2). If the parties are unable to reach agreement, Plaintiffs will move the Court for leave to file the SAC. The Joint Status Letter also set out the parties' disagreement over the timing of Colgate's responsive pleading, namely, whether the motion to dismiss briefing in this case (*Browne*) should be deferred pending a decision on Colgate's motion to dismiss in the related case (*Brower et al. v. Colgate-Palmolive Company*, No. 1:25-cv-03348-JPO (S.D.N.Y.)). As stated in the Joint Status Letter, the allegations in the proposed SAC will further inform that discussion.

Plaintiffs provided a draft SAC to Colgate on December 10, 2025, which Colgate reviewed. Subsequently, Plaintiffs' counsel retained an additional consumer-plaintiff, Ms. Sara Brown, who seeks to bring claims like those asserted by the current Plaintiffs in this case. Ms. Brown is a New York resident who purchased certain Hello-brand toothpastes online, whereas the existing New York plaintiff only alleges in-store purchases. Plaintiffs intend to join Ms. Brown as a party and,

on January 8, 2026, shared a revised proposed SAC joining Ms. Brown. Plaintiffs are also working to test Ms. Brown's purchased toothpaste for heavy metals, and may have further changes to the proposed SAC based on this testing. Given these developments, additional time is needed for the parties to further confer regarding the proposed SAC and the timing of Colgate's anticipated motion to dismiss.

**The Parties' Joint Proposal**

The parties respectfully request additional time to confer and thus propose providing a further Joint Status Letter to the Court no later than **March 16, 2026** (i.e., within 60 days) which identifies any agreements that have been reached, any remaining areas of disagreement, and the parties' joint or competing proposals.

Respectfully submitted,

*/s/ Alexander E. Wolf*
Alexander E. Wolf (*pro hac vice*)
MILBERG, PLLC
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060
awolf@milberg.com

*Attorneys for Plaintiffs*

*/s/ Nilda M. Isidro*
Glenn S. Kerner
Nilda M. Isidro
GREENBERG TAURIG, LLP
One Vanderbilt Ave.
New York, NY 10017
Tel: 212-801-9200
glenn.kerner@gtlaw.com
nilda.isidro@gtlaw.com

*Attorneys for Defendant*