**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAMANY BROWNE, JENNIFER PETTIT, and CASSAUNDRA MAXWELL, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY, individually and as successor-in-interest to HELLO PRODUCTS LLC, a Delaware corporation,<br><br>Defendant. | Case No. 1:25-cv-05698-JPO |
| TAL NELKIN and CHRISTINE PRADO, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY, individually and as successor-in-interest to HELLO PRODUCTS LLC, a Delaware corporation,<br><br>Defendant. | Case No. 1:26-cv-01434 |

**ORDER GRANTING
PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE**

1

Before the Court is Plaintiffs' Unopposed Motion to Consolidate (the "Motion") in the above captioned actions. Plaintiffs request an order consolidating *Browne v. Colgate-Palmolive Company*, Case No. 1:25-cv-05698-JPO (S.D.N.Y.) and *Nelkin v. Colgate-Palmolive Company*, Case No. 1:26-cv-01434 (S.D.N.Y.), and setting a deadline for the Consolidated Amended Complaint. Having reviewed the Motion and finding that the actions involve the same issues of fact and law, grow out of the same products and challenged practices, name the same defendant, and have many of the same claims, the Court further finds that the actions have sufficient commonality of issues and parties to warrant consolidation for all purposes, including discovery and trial. The Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice. Consolidating the cases will serve the interests of convenience and judicial economy, as well as avoiding disparate rulings in separate actions.

Accordingly, because the Court finds that the actions have sufficient commonality of law and fact, and for good cause shown, the Motion is hereby GRANTED. The Court ORDERS the following:

**CONSOLIDATION OF THE ACTIONS**

1. *Browne v. Colgate-Palmolive Company*, Case No. 1:25-cv-05698-JPO (S.D.N.Y.) and *Nelkin v. Colgate-Palmolive Company*, Case No. 1:26-cv-01434 (S.D.N.Y.) shall be CONSOLIDATED for all purposes into the *Browne* action, which is the lowest numbered case.

2. All future pleadings, motions, briefs, and other papers shall be filed in the *Browne* action, No. 1:25-cv-05698-JPO, which shall hereinafter be the "Consolidated Action."

3.      The Clerk of Court is DIRECTED to close *Nelkin v. Colgate-Palmolive Company*, Case No. 1:26-cv-01434 (S.D.N.Y.).

4.      The parties shall file a Notice of Related Action whenever a case, that is subject to consolidation because it arises out of the same or similar operative facts as the Consolidated Action, is filed in, removed to, or transferred to, this District (a "Subsequent Action").

5.      Any Subsequent Action may, in the event a party does not stipulate to consolidation, be subject to a motion to consolidate with the Consolidated Action pursuant to Fed. R. Civ. P. 42.

## CONSOLIDATED AMENDED COMPLAINT

6.      Plaintiffs shall file a Consolidated Amended Complaint in the Consolidated Action within 21 days of entry of this order.

 **The Clerk of Court is directed to close Case Number 26-cv-1434.**

**IT IS SO ORDERED**.

DATED:  February 25, 2026

_____
J. PAUL OETKEN
United States District Judge